

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00668-CV

Quentin **DE LA GARZA**,
Appellant

v.

**ECKERT 1G LLC** d/b/a Eckert Heights,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-05930
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: November 26, 2025

DISMISSED FOR LACK OF JURISDICTION

This is an appeal in a forcible detainer case. It appears that appellant seeks to appeal from an order signed on October 16, 2025 that granted appellee's motion for immediate issuance of a writ of possession. This order does not dispose of all claims in dispute between the parties. An order that does not dispose of all parties and causes of action is not final and appealable. *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). On October 22, 2025, we ordered

appellant to show cause in writing by November 3, 2025 why this appeal should not be dismissed for lack of jurisdiction.

Appellant did not respond to our order. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM